IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COLUMBIA GAS TRANSMISSION, LLC, <br><br> Plaintiff <br><br> v. <br><br> 520.32 ACRES, MORE OR LESS, IN WASHINGTON AND GREENE COUNTIES et al., <br><br> Defendants. | Civ. No. 14-206 |

## ORDER

AND NOW, to-wit, this 18th day of February 18, 2014, it is hereby ORDERED that pursuant to 28 U.S.C. § 455 the undersigned recuses from this case and the Clerk is directed to reassign this case appropriately.

_____
Maurice B. Cohill, Jr.
Senior United States District Judge